# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | | |
|---|---|---|
| Tamara Parker | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:26-cv-548 |
| Gaston County, North Carolina, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tamara Parker                                                                                                          .

Date:         7/8/2026                                              /s/Chantel Cherry- Lassiter
                                                                                  *Attorney's signature*

                                                                    Chantel Cherry- Lassiter  NC Bar No. 54245
                                                                                  *Printed name and bar number*
                                                                         1851 W. Ehringhaus St. #126
                                                                         Elizabeth City, NC 27909


                                                                                  *Address*

                                                                    chantelcherrylassiter@ccllaw.org
                                                                                  *E-mail address*

                                                                    Telephone: (252) 999-8380
                                                                                  *Telephone number*


                                                                                  *FAX number*