IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-cv-00548

| | |
|---|---|
| Tamara Parker, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| Gaston County, North Carolina; | ) |
| William Sampson, individually; | ) |
| Advance Auto Parts, Inc.; and | ) |
| Olivia Pressley, individually, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

TO: The Clerk of Court and all parties of record

I am authorized to practice in this court, and I appear in this case as the counsel for the Plaintiff.

Dated this 9th   day of July, 2026.

*/s/Chantel Cherry-Lassiter*
Chantel Cherry-Lassiter
NC Bar No. 54245
1851 W. Ehringhaus St. #136
Elizabeth City, NC 27909
Office: (252) 999-8380
Fax: (252) 999-8390
chantelcherrylassiter@ccllaw.org
*ATTORNEY FOR THE*
*PLAINTIFF*