# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | | |
|---|---|---|
| Tamara Parker | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:26-cv-00548-MOC-MTO |
| Gaston County, North Carolina; William Sampson, individually; Advance Auto Parts, Inc., and Olivia Pressley, individually. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Olivia Pressley .

Date: 8/12/2026

/s/ Jonathon D. Townsend
*Attorney's signature*

Jonathon D. Townsend (N.C. State Bar No. 51751)
*Printed name and bar number*

WAGNER HICKS PLLC
831 E. Morehead Street, Suite 860
Charlotte, NC 28202
*Address*

jonathon.townsend@wagnerhicks.law
*E-mail address*

(704) 705-8311
*Telephone number*

(704) 390-7027
*FAX number*