UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-cv-548-MOC-WCM

| | | |
|---|---|---|
| **TAMARA PARKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MOTION TO DISMISS** |
| **v.** | ) | |
| | ) | **[Fed.R.Civ.P. 12(b)(1) & (6)]** |
| **GASTON COUNTY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

TO PLAINTIFF HEREIN AND TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that Defendants Gaston County and William Sampson hereby move pursuant to Fed.R.Civ.P. 12(b)(6) that they be dismissed for the Complaint's failure to state a claim against them upon which relief may be granted. Defendant Gaston County also seeks dismissal under Fed.R.Civ.P. 12(b)(1) on the basis of governmental immunity.

This motion is based upon the court file and records in this action, the accompanying Declaration of Scott Attaway which is Exhibit 1 hereto, the insurance policy that is Exhibit A to Attaway's Declaration, and the Memorandum of Law concurrently filed herewith.

Dated: September 14, 2026

/s/Scott D. MacLatchie
Scott D. MacLatchie
North Carolina Bar No. 22824
Hall Booth Smith, P.C.
11215 N. Community House Rd., Ste. 750
Charlotte, North Carolina 28277
Telephone No. (980) 949-7820
smaclatchie@hallboothsmith.com
*Attorney for Defendants Gaston County and William Sampson*

/s/David Goldberg
David Goldberg
North Carolina Bar No. 49229
128 West Main Ave.
P.O. Box 1578
Gastonia, NC 28052
Telephone No. (704) 866-3400
David.Goldberg@gastongov.com
*Attorney for Defendants Gaston County and William Sampson*