# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

Tamara Parker
*Plaintiff*
v.
Gaston County, North Carolina; William Sampson, individually; Advance Auto Parts, Inc., and Olivia Pressley, individually.
*Defendant*

Case No. 3:26-cv-00548-MOC-WCM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Gaston County and William Sampson .

Date: 09/14/2026

/s/David Goldberg
*Attorney's signature*

David Goldberg #49229
*Printed name and bar number*

P.O. Box 1578
Gastonia, NC 28053
*Address*

david.goldberg@gastongov.com
*E-mail address*

(704) 866-3227
*Telephone number*

*FAX number*

Print Save As... Reset