**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| Tamara Parker,<br><br>Plaintiff,<br><br>vs.<br><br>Gaston County, North Carolina; William Sampson, individually; Advance Auto Parts, Inc.; and Olivia Pressley, individually,<br><br>Defendants. | **Case No. 3:26-cv-00548-MOC-MTO** |

**DEFENDANT OLIVIA PRESSLEY'S**
**MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Defendant Olivia Pressley ("Pressley"), by and through undersigned counsel, moves to dismiss all claims against Pressley in the Complaint filed by Plaintiff Tamara Parker ("Plaintiff"). (Doc No. 1 (the "Compl.").) Pressley requests entry of an order dismissing Plaintiff's claims against her with prejudice for failure to state a claim upon which relief can be granted including Plaintiff's failure to plead sufficient facts as to her malicious prosecution claim, and her intentional infliction of emotional distress claim against Pressley.

For these reasons and as more fully explained in the contemporaneously filed Brief of Defendant Olivia Pressley in Support of Motion to Dismiss, Pressley's Motion to Dismiss should be granted.

This, the 15th day of September, 2026.

**WAGNER HICKS PLLC**

/s/ *Jonathon D. Townsend*
Jonathon D. Townsend (N.C. State Bar No. 51751)
831 E. Morehead Street, Suite 860
Charlotte, NC 28202
Telephone: (704) 705-7787
jonathon.townsend@wagnerhicks.law

*Counsel for Defendant Olivia Pressley*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of filing to all parties receiving electronic service including the following:

Latrisha Chantel Cherry-Lassiter
CCL LAW OFFICE, PLLC
1851 W. Ehringhaus St. #126
Elizabeth City, NC 27909
chantelcherrylassiter@ccllaw.org
*Counsel for Plaintiff*

Scott Douglas MacLatchie
HALL BOOTH SMITH, P.C.
11215 North Community House Rd
Suite 750, Charlotte, NC 28277
smaclatchie@hallboothsmith.com
David Benjamin Goldberg
OFFICE OF THE COUNTY ATTORNEY
PO Box 1578, Gastonia, NC 28052
david.goldberg@gastongov.com
*Attorneys for Gaston County and William Sampson*

Mark Andrew Nebrig
Gabrielle Rife
Jacqueline Y. Ferrell
Rashaad Bryon Hamilton
MOORE & VAN ALLEN
100 North Tryon St, Ste 4700
Charlotte, NC 28202
marknebrig@mvalaw.com
gabriellerife@mvalaw.com
jacquelineferrell@mvalaw.com
rashaadhamilton@mvalaw.com
*Counsel for Defendant Advance Auto Parts, Inc.*

This the 15th day of September, 2026.

**WAGNER HICKS PLLC**

/s/ *Jonathon D. Townsend*
Jonathon D. Townsend