IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-cv-00548

| | |
|---|---|
| Tamara Parker, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| Gaston County, North Carolina; | ) |
| William Sampson, individually; | ) |
| Advance Auto Parts, Inc.; and | ) |
| Olivia Pressley, individually, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

******************************************************************************

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

PLAINTIFF Tamara Parker, by and through undersigned counsel, respectfully moves for an extension of time to file her response to the Defendants' Motion to Dismiss the Complaint, up to and including Tuesday, October 13, 2026, and states as follows:

1. Plaintiff's Counsel initiated the instant matter on July 8, 2026.
2. Defendant Gaston County and William Sampson filed a Motion to Dismiss on September 14, 2026.
3. Defendant Advance Auto filed a Motion to Dismiss on September 15, 2026.
4. Defendant Olivia Pressley filed a Motion to Dismiss on September 15, 2026.
5. The current deadline for Plaintiff's response to Defendant Gaston and Defendant Williams is September 28, 2026, and Plaintiff requests a short extension to and including Tuesday, October 13, 2026.

6. The current deadline for Plaintiff's response to Defendant Advance Auto and Olivia Pressley is September 29, 2026, and Plaintiff requests a short extension to and including Tuesday, October 13, 2026.
7. Good cause exists for this extension, including the need to complete legal and factual research on the issues raised in the motion to dismiss, to coordinate among co-counsel, and to incorporate client materials pertinent to the response.
8. Undersigned counsel has conferred with counsel for Defendants, who do not oppose the requested extension.
9. The requested extension is modest, is sought in good faith, and will not prejudice any party or affect any scheduled hearings, conferences, or trial settings.
10. This request is made to ensure a complete and helpful response for the Court's consideration, not for purposes of delay.

**WHEREFORE**, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff's response to Motion to Dismiss up to and including Tuesday, October 13, 2026, and grant such other and further relief as the Court deems just and proper.

**Dated**: September 26, 2026

Respectfully submitted,

**CCL LAW, PLLC**

/s/ Chantel Cherry-Lassiter
Chantel Cherry-Lassiter
1851 W. Ehringhaus St. #136
Elizabeth City, NC 27909
Business (252) 999-8380
chantelcherrylassiter@ccllaw.org
NC State Bar No. 54245
*Attorney for Plaintiff*
*Local Civil Rule 83.1(d)*

*Attorney for Plaintiff*

**Certificate of Conference**

Undersigned counsel certifies that counsel conferred with counsel for Defendants regarding this motion and that Defendants do not oppose the requested extension.

By: /s/ Chantel Cherry-Lassiter
Chantel Cherry-Lassiter, Esq.

**Certificate of Service**

I certify that on September 26, 2026, a true and correct copy of the foregoing was filed via the Court's CM/ECF system, which will send notice to all counsel of record.

By: /s/ Chantel Cherry-Lassiter
Chantel Cherry-Lassiter, Esq.