IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-cv-00548

| | |
|---|---|
| Tamara Parker, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| Gaston County, North Carolina; | ) |
| William Sampson, individually; | ) |
| Advance Auto Parts, Inc.; and | ) |
| Olivia Pressley, individually, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

******************************************************************************

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File Response. For good cause shown, the motion is GRANTED.

Plaintiff shall file her response to Defendants' Motion to Dismiss Complaint on or before Tuesday, October 13, 2026.

**SO ORDERED.**

Dated: ____________________, 2026

______________________________
Hon. Mark T. Odulio
United States Magistrate Judge