UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-cv-548-MOC-MTO

| | |
|---|---|
| **TAMARA PARKER,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GASTON COUNTY, et al.,**<br><br>**Defendants.** | **RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME; DECLARATION OF SCOTT D. MACLATCHIE** |

## 1. INTRODUCTION

The undersigned is lead counsel for Defendants Gaston County and William Sampson. As more fully set forth in the accompanying Declaration of Scott D. MacLatchie, undersigned counsel will be out of the country from October 6-18, which would leave him insufficient time to prepare and file a Reply brief if Plaintiff receives her requested filing extension to October 13. Plaintiff's counsel agreed that the County and Sampson could therefore have two weeks instead of the usual one week to file a Reply, but then failed to mention that request and agreement in her Motion.

## 2. PLAINTIFF'S MOTION FAILS TO CONVEY DEFENDANTS' REQUEST FOR A CORRESPONDING EXTENSION OF TIME TO FILE A REPLY

Undersigned counsel filed a Motion to Dismiss the County and Sampson from this action on September 14, 2026. (Doc. 14). In response to an email request from Plaintiff's counsel on September 24 seeking a two-week extension of time to file her Opposition to the Motion to Dismiss, undersigned counsel stated: "Chantel, I consent as long as I'm afforded one extra week to file a Reply if deemed necessary. So here's how the deadlines would change. Your Opposition would be due October 12 instead of September 28, and I would have two weeks—

until October 26—to file any Reply." Plaintiff's counsel replied with, "Of course. Thank you." (Declaration of Scott D. MacLatchie, Exhibit A hereto, ¶ 2).

Plaintiff's Motion seeking the extension of time to oppose the Motion to Dismiss was filed September 26 (Doc. 21) without any mention of Plaintiff's counsel's agreement to defense counsel's concomitant request for two weeks instead of one week to file a Reply. That additional time—through October 27—is needed because defense counsel will be out of the country from October 6-18. (*Id.* at ¶ 3).

## 3. CONCLUSION

Defendants Gaston County and William Sampson consent to Plaintiff's request for an extension of time to October 13 for the filing of her Opposition to Defendants' Motion to Dismiss. At the same time, Defendants respectfully request one extra week to file their Reply, which would extend that deadline to October 27.

Dated: September 14, 2026

/s/Scott D. MacLatchie
Scott D. MacLatchie
North Carolina Bar No. 22824
Hall Booth Smith, P.C.
11215 N. Community House Rd., Ste. 750
Charlotte, North Carolina 28277
Telephone No. (980) 949-7820
smaclatchie@hallboothsmith.com
*Attorney for Defendants Gaston County and William Sampson*

/s/David Goldberg
David Goldberg
North Carolina Bar No. 49229
128 West Main Ave.
P.O. Box 1578
Gastonia, NC 28052
Telephone No. (704) 866-3400
David.Goldberg@gastongov.com
*Attorney for Defendants Gaston County and William Sampson*