# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-cv-548-MOC-MTO

| | | |
|---|---|---|
| **TAMARA PARKER,**<br><br>**Plaintiff,**<br><br>v.<br><br>**GASTON COUNTY, et al.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DECLARATION OF SCOTT D. MACLATCHIE IN SUPPORT OF DERESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME** |

I, Scott D. MacLatchie, declare as follows:

1. I am lead counsel of record for Defendants Gaston County and William Sampson in this action. The following facts are within my personal knowledge, and, if called as a witness, I could and would competently testify thereto.

2. I filed a Motion to Dismiss my clients from this action on September 14, 2026. (Doc. 14). I received an email from Plaintiff's counsel Chantel Cherry-Lassiter on September 24 seeking my consent to Plaintiff receiving a two-week extension of time to file her Opposition to the Motion to Dismiss. In my responsive email that same morning, which is attached to this Declaration, I stated as follows: "Chantel, I consent as long as I'm afforded one extra week to file a Reply if deemed necessary. So here's how the deadlines would change. Your Opposition would be due October 12 instead of September 28, and I would have two weeks—until October 26—to file any Reply." Ms. Cherry-Lassiter replied with, "Of course. Thank you."

3. Plaintiff's Motion seeking an extension of time to October 13 was filed September 26 without any mention of Plaintiff's counsel's agreement to my concomitant request for two weeks instead of one week to file a Reply. That additional time—through October 27—is needed

because I will be out of the country from October 6-18.

I declare under penalty of perjury the foregoing is true and correct.

Dated: September 27, 2026 /s/Scott D. MacLatchie

## Scott MacLatchie

**From:** Attorney Cherry-Lassiter <chantelcherrylassiter@ccllaw.org>
**Sent:** Thursday, September 24, 2026 2:30 PM
**To:** Scott MacLatchie; david.goldberg@gastongov.com; Harry Daniels
**Subject:** Re: Parker v Gaston Co. [HBS-DMS.FID3232719]

Of course. Thank you.

Best regards,

Get Outlook for iOS

---

**From:** Scott MacLatchie <SMacLatchie@hallboothsmith.com>
**Sent:** Thursday, September 24, 2026 10:45 AM
**To:** Attorney Cherry-Lassiter <chantelcherrylassiter@ccllaw.org>; david.goldberg@gastongov.com <david.goldberg@gastongov.com>; Harry Daniels <daniels@harrymdaniels.com>
**Subject:** RE: Parker v Gaston Co. [HBS-DMS.FID3232719]

Chantel, I consent as long as I'm afforded one extra week to file a Reply if deemed necessary. So here's how the deadlines would change.

Your Opposition would be due October 12 instead of September 28, and I would have two weeks—until October 26—to file any Reply.

Scott


**Scott MacLatchie**
Attorney at Law | Hall Booth Smith, P.C.

**O:** 980.859.0380
**D:** 980.949.7820

11215 N. Community House Rd, Suite 750
Charlotte, NC 28277
hallboothsmith.com



CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged info


---

**From:** Attorney Cherry-Lassiter <chantelcherrylassiter@ccllaw.org>
**Sent:** Thursday, September 24, 2026 10:23 AM
**To:** Scott MacLatchie <SMacLatchie@hallboothsmith.com>; david.goldberg@gastongov.com; Harry Daniels <daniels@harrymdaniels.com>
**Subject:** Parker v Gaston Co.

Good morning,

Due to scheduling conflicts, would you consent to a two-week extension to file our response? If so, we will file the appropriate consent motion with the court.

Best regards,
Get Outlook for iOS