IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-cv-00548

| | |
|---|---|
| Tamara Parker, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| Gaston County, North Carolina; | ) |
| William Sampson, individually; | ) |
| Advance Auto Parts, Inc.; and | ) |
| Olivia Pressley, individually, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

COMES NOW, Tamara Parker, by and through the undersigned counsel, pursuant to Rules of the Federal Rules of Civil Procedure, and hereby respectfully submits this Response in Opposition to Defendant Gaston County, et al Motion to Dismiss.

The Defendants' assertion that the factual allegations contained in the first amended complaint fail to plead the requisite specificity to state a facially plausible claim for relief against any of the named Defendants is moot with filing of Plaintiff's amended complaint on September 28, 2026.

On September 28, 2026, Plaintiff filed an amended complaint pursuant to FRCP 15 (a) (1)(B) as a matter of course.1 (See Doc. 23). Plaintiff's amended complaint filed on September 28, 2026, alleges with specificity the acts, omissions and conduct of all remaining Defendants in her action. Further, a properly filed amended complaint supersedes the original one and becomes

the operative complaint in the case, it renders the original complaint "of no effect." Fawzy v. SNC, 873 F.3d 451, 455 (4th Cir. 2017). Therefore, Defendants, motion to dismiss Plaintiff's original complaint is moot.

Respectfully submitted this 28th day of September 2026.


**CCL LAW OFFICE, PLLC**
/s/ Chantel Cherry-Lassiter
Chantel Cherry- Lassiter
NC Bar No. 54245
1851 W. Ehringhaus St. #126
Elizabeth City, NC 27909
Telephone: (252) 999-8380
chantelcherrylassiter@ccllaw.org

LAW OFFICES OF HARRY M. DANIELS, LLC
Harry M. Daniels
Georgia Bar No. 234158
(Pending Pro Hac Vice Approval)
4751 Best Road Suite 205
Atlanta, GA 30337
Telephone: (678) 664-8529
Fax. 800.867.5248
daniels@harrymda

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-cv-00548

| | |
|---|---|
| Tamara Parker, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| Gaston County, North Carolina; | ) |
| William Sampson, individually; | ) |
| Advance Auto Parts, Inc.; and | ) |
| Olivia Pressley, individually, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**Certificate of Service**

I certify that on September 28, 2026, a true and correct copy of the foregoing was filed via the Court's CM/ECF system, which will send notice to all counsel of record.

By: /s/ Chantel Cherry-Lassiter
Chantel Cherry-Lassiter, Esq.