UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-cv-548-MOC-WCM

| | |
|---|---|
| **TAMARA PARKER,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**WILLIAM SAMPSON, et al.,**<br><br>**Defendants.** | **MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br>**[Fed.R.Civ.P. 12(b)(6)]** |

TO PLAINTIFF HEREIN AND TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that Defendant William Sampson hereby moves pursuant to Fed.R.Civ.P. 12(b)(6) that he be dismissed for the First Amended Complaint's failure to state a claim against him upon which relief may be granted.

This motion is based upon the court file and records in this action and the Memorandum of Law concurrently filed herewith.

Dated: October 12, 2026

/s/Scott D. MacLatchie
Scott D. MacLatchie
North Carolina Bar No. 22824
Hall Booth Smith, P.C.
11215 N. Community House Rd., Ste. 750
Charlotte, North Carolina 28277
Telephone No. (980) 949-7820
smaclatchie@hallboothsmith.com
*Attorney for Defendant William Sampson*

/s/David Goldberg
David Goldberg
North Carolina Bar No. 49229
128 West Main Ave., P.O. Box 1578
Gastonia, NC 28052
Telephone No. (704) 866-3400
David.Goldberg@gastongov.com
*Attorney for Defendant William Sampson*