**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No. 3:26-cv-548**

| | | |
|---|---|---|
| TAMARA PARKER,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM SAMPSON, individually; ADVANCE STORES COMPANY, INC; d/b/a ADAVANCED AUTO PARTS STORE; and OLIVIA PRESSLEY, individually,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DEFENDANT ADVANCE STORES COMPANY, INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT** |

Defendant Advance Stores Company, Inc. ("AAP"),[1] by and through its undersigned counsel, hereby moves for an order dismissing all claims against AAP in the above-captioned action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. As set forth in the accompanying Memorandum in Support of AAP's Motion to Dismiss, Plaintiff Tamara Parker's Amended Complaint fails to state a claim for which relief can be granted against AAP. AAP therefore respectfully requests the Court grant its motion to dismiss all claims against it with prejudice.

[1]Advance Stores Company, Incorporated, which is a wholly owned subsidiary of Advance Auto Parts, Inc., is the proper entity; however, Advance Stores Company, Incorporated does not "do business as Advanced [sic] Auto Parts Store." To avoid confusion and maintain consistency with undersigned counsel's prior filings, this Memorandum of Law continues to refer to Defendant Advance Stores Company, Incorporated as "AAP."

Respectfully submitted this 13th day of October, 2026.

MOORE & VAN ALLEN PLLC

*/s/ Jacqueline Y. Ferrell*

Mark A. Nebrig (N.C. Bar No. 28710)
Jacqueline Y. Ferrell (N.C. Bar No. 27646)
Rashaad B. Hamilton (N.C. Bar No. 58275)
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202-4003
Telephone: (704) 331-1000
marknebrig@mvalaw.com
jacquelineferrell@mvalaw.com
rashaadhamilton@mvalaw.com
***Attorneys for Defendant***
***Advance Stores Company, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANT ADVANCE STORES COMPANY, INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties and counsel of record, including the following:

Chantel Cherry-Lassiter
N.C. Bar No. 54245
1851 Eringhaus St. # 136
Elizabeth City, NC 27909
Telephone: (252) 999-8380
Email: chantelcherrylassiter@ccllaw.org

Jonathon D. Townsend
N.C. Bar No. 51751
WAGNER HICKS PLLC
831 E. Morehead Street, Suite 860
Charlotte, North Carolina 28202
Telephone: (704) 705-8311
Email: Jonathon.townsend@wagnerhicks.law

David Goldberg
N.C. Bar No. 49229
P.O. Box 1578
Gastonia, NC 288053-1578
Telephone: (704) 866-3227
Email: David.Goldberg@gastongov.com

Scott MacLatchie
N.C. Bar No. 22824
HALL BOOTH SMITH, P.C.
11215 N Community House Road, Suite 750
Charlotte, NC 28277
Telephone: (980) 859-0380
Email: smaclatchie@hallboothsmith.com

I hereby certify that I served a copy of this Motion to Dismiss by U.S. Mail, postage prepaid, to the following parties and counsel of record:

Harry M. Daniels
GA Bar No. 234158 (PHV Pending)
4751 Best Road Suite 205
Atlanta, GA 30337
Telephone: (678) 664-8529
Email: daniels@harrymdaniels.com

This the 13th day of October, 2026.

*/s/ Jacqueline Y. Ferrell*
Jacqueline Y. Ferrell