IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 26-548

| | |
|---|---|
| Tamara Parker, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| | ) |
| William Sampson, individually; | ) |
| Advance Stores Company, Inc; d/b/a | ) |
| Advanced Auto Parts Store; | ) |
| Olivia Pressley, individually, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS OLIVIA PRESSLEY'S AND ADVANCED AUTO PARTS STORE'S MOTION TO DISMISS THE PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW Plaintiff Tamara Parker files this response in opposition to Defendants Olivia Pressley's and Advanced Auto Parts Store's motion to dismiss the Plaintiff's first amended complaint. Plaintiff respectfully request that this Court deny Defendants Olivia Pressley's and Advanced Auto Parts Store's Motion to Dismiss. The Plaintiff file a memorandum in opposition contemporaneously with her response.

Respectfully submitted this 27th day of October 2026.

**LAW OFFICES OF HARRY M. DANIELS, LLC**


/s/Harry M. Daniels
Harry M. Daniels
Georgia Bar No. 234158

4751 Best Road Suite 205
Atlanta, GA 30337
Telephone: (678) 664-8529
Fax. 800.867.5248
daniels@harrymdaniels.com


**CCL LAW OFFICE, PLLC**


/s/ Chantel Cherry-Lassiter
Chantel Cherry- Lassiter
NC Bar No. 54245

1851 W. Ehringhaus St. #126
Elizabeth City, NC 27909
Telephone: (252) 999-8380
chantelcherrylassiter@ccllaw.org

Certificate of Service

I certify that on October 27, 2026, a true and correct copy of the foregoing was filed via the Court's CM/ECF system, which will send notice to all counsel of record.