**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No. 3:26-cv-548**

| | |
|---|---|
| TAMARA PARKER,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM SAMPSON, individually; ADVANCE STORES COMPANY, INC.; d/b/a ADVANCED AUTO PARTS STORE; and OLIVIA PRESSLEY, individually,<br><br>Defendants. | **DEFENDANT ADVANCE STORES COMPANY, INCORPORATED'S MOTION TO WITHDRAW GABRIELLE M. RIFE AS COUNSEL** |

Pursuant to Local Rule of Civil Procedure 83.1(f), Defendant Advance Stores Company, Incorporated ("AAP"),[1] by and through its undersigned counsel, respectfully brings this motion requesting that this Court enter an Order permitting Gabrielle M. Rife to withdraw as counsel of record for AAP in the above action. In support, AAP states the following:

1. On July 8, 2026, Plaintiff commenced this matter with the filing of a complaint.

2. AAP retained Moore & Van Allen PLLC ("MVA") to represent it as counsel.

3. On August 12, 2026, Mark Nebrig, Jacqueline Ferrell, Rashaad Hamilton, and Ms. Rife appeared on behalf of AAP.

4. Ms. Rife no longer serves as counsel for AAP.

[1] Advance Stores Company, Incorporated, which is a wholly owned subsidiary of Advance Auto Parts, Inc., is the proper entity; however, Advance Stores Company, Incorporated does not "do business as Advanced [sic] Auto Parts Store." To avoid confusion and maintain consistency with undersigned counsel's prior filings, this motion continues to refer to Defendant Advance Stores Company, Incorporated as "AAP."

5. MVA remains counsel of record for AAP through its other attorneys of record.

6. The granting of this motion, which pertains only to Ms. Rife, individually, will not prejudice the rights of any party or delay the proceedings.

7. AAP's address is 4200 Six Forks Road, Raleigh, North Carolina 27609.

**WHEREFORE**, AAP respectfully requests that the Court enter an order granting this Motion to Withdraw and allow Gabrielle M. Rife to be removed from the service list for this action.

Respectfully submitted this 11th day of November, 2026.

MOORE & VAN ALLEN PLLC

*/s/Jacqueline Y. Ferrell*
Mark A. Nebrig (N.C. Bar No. 28710)
Jacqueline Y. Ferrell (N.C. Bar No. 27646)
Rashaad B. Hamilton (N.C. Bar No. 58275)
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202-4003
Telephone: (704) 331-1000
marknebrig@mvalaw.com
jacquelineferrell@mvalaw.com
rashaadhamilton@mvalaw.com
***Attorneys for Defendant***
***Advance Stores Company, Incorporated***

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANT ADVANCE STORES COMPANY, INCORPORATED'S MOTION TO WITHDRAW GABRIELLE M. RIFE AS COUNSEL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties and counsel of record, including the following:


Chantel Cherry-Lassiter
N.C. Bar No. 54245
1851 W. Ehringhaus St. # 136
Elizabeth City, NC 27909
Telephone: (252) 999-8380
Email: chantelcherrylassiter@ccllaw.org

Harry M. Daniels
GA Bar No. 234158 (PHV granted)
4751 Best Road, Suite 205
Atlanta, GA 30337
Telephone: (678) 664-8529
Email: daniels@harrymdaniels.com

David Goldberg
N.C. Bar No. 49229
P.O. Box 1578
Gastonia, NC 28053-1578
Telephone: (704) 866-3227
Email: David.Goldberg@gastongov.com

Scott MacLatchie
N.C. Bar No. 22824
HALL BOOTH SMITH, P.C.
11215 N Community House Road, Suite 750
Charlotte, NC 28277
Telephone: (980) 859-0380
Email: smaclatchie@hallboothsmith.com

Jonathon D. Townsend
N.C. Bar No. 51751
WAGNER HICKS PLLC
831 E. Morehead Street, Suite 860
Charlotte, North Carolina 28202
Telephone: (704) 705-8311
Email: Jonathon.townsend@wagnerhicks.law

This the 11th day of November, 2026.

*/s/ Jacqueline Y. Ferrell*
Jacqueline Y. Ferrell