**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
Case No. 3:26-cv-00548-MOC-MTO

| | | |
|---|---|---|
| TAMARA PARKER,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM SAMPSON, individually; ADVANCE STORES COMPANY, INC., d/b/a ADVANCED AUTO PARTS STORE; and OLIVIA PRESSLEY, individually,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MOTION TO WITHDRAW DAVID GOLDBERG AS COUNSEL** |

Pursuant to Local Civil Rule 83.1(f) of the United States District Court for the Western District of North Carolina, the undersigned counsel, David Goldberg, respectfully moves this Court for an Order permitting him to withdraw as counsel of record for Defendant William Sampson and Gaston County, North Carolina, in the above-captioned action. In support of this Motion, the undersigned states as follows:

1. On July 8, 2026, Plaintiff Tamara Parker commenced this action by filing a Complaint naming, among others, Gaston County, North Carolina, and Officer William Sampson as Defendants.

2. On September 14, 2026, the undersigned entered an Appearance of Counsel on behalf of Defendants Gaston County and William Sampson in his capacity as Gaston County Attorney. (Doc. 16.) Although Plaintiff's First Amended Complaint omits Gaston County as a Defendant (see Doc. 26 at 1 n.1), this Motion is filed out of an abundance of caution

to effectuate withdrawal as to both Defendant William Sampson and Gaston County to the extent Gaston County remains listed on the docket.

3. The undersigned is no longer employed as the Gaston County Attorney and therefore no longer serves as counsel for Defendant William Sampson or Gaston County.

4. Scott D. MacLatchie of the law firm Hall Booth Smith, P.C. has appeared and will continue as counsel of record for Defendant William Sampson and Gaston County in this matter.

5. Granting this Motion, which pertains solely to the withdrawal of David Goldberg individually, will not prejudice the rights of any party or delay the proceedings.

6. Pursuant to Local Civil Rule 83.1(f), the last known mailing address for Gaston County and Defendant William Sampson is 128 West Main Avenue, P.O. Box 1578, Gastonia, North Carolina 28053.

WHEREFORE, the undersigned respectfully requests that the Court enter an Order granting this Motion to Withdraw and directing the Clerk of Court to remove David Goldberg from the docket and CM/ECF service list for this action.

Respectfully submitted this 23rd day of November, 2026.

*/s/ David Goldberg*
David Goldberg
N.C. Bar No. 49229
9600 Oliver Court
Harrisburg, NC 28075
Telephone: (713) 259-3810
Email: david.goldberg.unt@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing MOTION TO WITHDRAW DAVID GOLDBERG AS COUNSEL with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record as follows:

Chantel Cherry-Lassiter
N.C. Bar No. 54245
1851 W. Ehringhaus St. # 136
Elizabeth City, NC 27909
Telephone: (252) 999-8380
Email: chantelcherrylassiter@ccllaw.org
*Counsel for Plaintiff*

Harry M. Daniels
GA Bar No. 234158 (PHV)
4751 Best Road, Suite 205
Atlanta, GA 30337
Telephone: (678) 664-8529
Email: daniels@harrymdaniels.com
*Counsel for Plaintiff*

Scott D. MacLatchie
N.C. Bar No. 22824
HALL BOOTH SMITH, P.C.
11215 N. Community House Rd., Suite 750
Charlotte, NC 28277
Telephone: (980) 949-7820
Email: smaclatchie@hallboothsmith.com
*Counsel for Defendant William Sampson and Gaston County*

Mark A. Nebrig (N.C. Bar No. 28710)
Jacqueline Y. Ferrell (N.C. Bar No. 27646)
Rashaad B. Hamilton (N.C. Bar No. 58275)
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone: (704) 331-1000
Email: marknebrig@mvalaw.com
Email: jacquelineferrell@mvalaw.com
Email: rashaadhamilton@mvalaw.com
*Counsel for Defendant Advance Stores Company, Incorporated*

Jonathon D. Townsend

N.C. Bar No. 51751
WAGNER HICKS PLLC
831 E. Morehead Street, Suite 860
Charlotte, NC 28202
Telephone: (704) 705-8311
Email: Jonathon.townsend@wagnerhicks.law
*Counsel for Defendant Olivia Pressley*

This the 23rd day of November, 2026.

*/s/ David Goldberg*
David Goldberg