**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
Case No. 3:26-cv-00548-MOC-MTO

| | | |
|---|---|---|
| TAMARA PARKER,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM SAMPSON, individually; ADVANCE STORES COMPANY, INC., d/b/a ADVANCED AUTO PARTS STORE; and OLIVIA PRESSLEY, individually,<br><br>Defendants. | ) | **ORDER GRANTING MOTION TO WITHDRAW DAVID GOLDBERG AS COUNSEL** |

THIS MATTER IS BEFORE THE COURT on the Motion to Withdraw David Goldberg as Counsel (the "Motion"), filed pursuant to Local Civil Rule 83.1(f), seeking an Order permitting David Goldberg to withdraw as counsel of record for Defendant William Sampson and Gaston County, North Carolina, in the above-captioned action.

Upon review of the Motion and the record in this matter, it appears to the Court that David Goldberg is no longer employed as the Gaston County Attorney, that Scott D. MacLatchie of the law firm Hall Booth Smith, P.C. remains counsel of record for Defendant William Sampson and Gaston County, and that allowing Mr. Goldberg to withdraw will not prejudice any party or delay these proceedings. Accordingly, the Court finds that good cause exists to grant the Motion.

IT IS, THEREFORE, ORDERED that the Motion to Withdraw David Goldberg as Counsel is GRANTED. David Goldberg is hereby permitted to withdraw as counsel of record for Defendant William Sampson and Gaston County, North Carolina, and the Clerk of Court is

respectfully directed to terminate David Goldberg's appearance on the docket and remove him from the CM/ECF service list for this action.

**IT IS SO ORDERED.**

Signed: ___________________________, 2026

_________________________________________
UNITED STATES MAGISTRATE JUDGE